In the Matter of HAROLD E. RYAN, Petitioner, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See 1 A D 2d 793.]